IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LULA WILLIAMS, GLORIA TURNAGE,
GEORGE HENGLE, DOWIN COFFY, and
FELIX GILLISON, JR., *on behalf of themselves
and all individuals similarly situated*,

                Plaintiffs,

v.

BIG PICTURE LOANS, LLC; MATT MARTORELLO;
ASCENSION TECHNOLOGIES, INC.;
DANIEL GRAVEL; JAMES WILLIAMS, JR.;    Civil Case No.
GERTRUDE MCGESHICK; SUSAN MCGESHICK;   Miscellaneous Action
and GIIWEGIIZHIGOOKWAY MARTIN,

                Defendants.
_____ /

**MOTION TO QUASH PLAINTIFFS' SUBPOENA TO JAMES DOWD
TO TESTIFY AT DEPOSITION IN A CIVIL ACTION**

      Pursuant to Rule 45 of the Federal Rules of Civil Procedure, nonparty James Dowd moves this Court for an Order quashing Plaintiffs' August 17, 2018, Subpoena for Dowd to Testify at a Deposition in a Civil Action (the "Subpoena") in the matter of *Lula Williams v. Big Picture Loans, LLC*, No. 3:17-cv-00461 (REP) (E.D. Va. filed June 22, 2017).  The reasons in support of this motion are set forth in the accompanying memorandum of law, which is incorporated herein by reference.

                                   By: s/Fransheska Pabón López. USDC No. 229104
                                   LEDESMA & VARGAS, LLC.
                                   P.O. Box 194089
                                   San Juan, PR 00919
                                   Tel: (787) 296-9500
                                   fpabon@lvvlaw.com